United States Court District of Columbia

David Sieverding and            )        11-cv-01032 JDB
Kay Sieverding                  )
v.                              )
Department of Justice           )

Consent motion for extension until 8/24/2011 to respond to DOJ motion Document 16

1.) Plaintiffs were not served until 7/26/2011 when they were served by first class mail.

2.) Plaintiffs are moving and temporarily lost Internet access as well as access to their computer system. They are extremely busy and distracted with the moving of their personal residence and office. Because they don't have ECF filing privileges, it also takes longer for them to file.

3.) Plaintiffs called DOJ counsel David Rybicki repeatedly and requested consent for a 14 day expansion. However, he didn't return their voice mail messages.

4.) Plaintiffs called his office and eventually were connected to Cynthia Parker at 202 514 7166. She explained that Mr. Rybicki wasn't answering his phone calls because he was on vacation but instructed them that Mr. Daniel Van Horn was his supervisor and could confer with them. Mrs. Sieverding then spoke to Daniel Van Horn and explained the situation. Mr. Van Horn agreed to a 14-day expansion of time until 8/24/2011.

5.) Plaintiffs sent their motion with proposed order and certificate of service to the court by Express Mail tracking number EQ 799380031. According to the post office it was delivered to the Court before noon on 7/28/2011. However, as of close of business on 7/29/2011, their motion has not been docketed so they are sending this second motion.

Respectfully,
David Sieverding            Kay Sieverding
641 Basswood Ave Verona WI 53593
608 848 5721



United States Court District of Columbia

| | | |
|---|---|---|
| David Sieverding and | ) | 11-cv-01032 JDB |
| Kay Sieverding | ) | |
| v. | ) | |
| Department of Justice | ) | |

Certificate of service

I sent a copy of this motion for expansion of time and proposed order by first class mail to

David C. Rybicki
U.S. Attorney's Office
555 4th St. N.W.
Washington DC 20530

on 7/29/2011

Kay Sieverding
608 848 5721
641 Basswood Ave  (will still receive mail at this address temporarily)
Verona WI 53593
kaysieverding@aol.com