UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Sieverding and Kay Sieverding  )
                                     )      11-cv-01032-JDB
v.                                   )
United States Department of Justice  )

**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS'**

**"MOTION FOR MANDATORY JUDICIAL NOTICE OF ADJUDICATIVE**

**FACT UNDER RULE 201(D)" (DOCUMENT 21)**

The government concedes that "the Federal Register includes no use of the phrase "civil bench warrant", no use of the phrase "civil contempt of court commitment" and no uses of the phrase "civil contempt commitment" that are relevant to litigation" is a fact that can be determined. The government has not objected to the following supporting facts and they are now admitted:

1.) The Government Printing Office has developed with computer technology and now operates a website with computer search facilities for the Federal Register called FDsys for Federal Digital System and online at http://www.gpo/fdsys/

2.) The results of searches of government databases on FDsys qualify for mandatory Judicial Notice of Adjudicative Fact under Rules of Evidence Rule 201(b)(2) because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

3.) As explained by the government website, using quotation marks is a way to search in the Federal Register for an exact phrase. The examples given in the FDsys Help section are "congressional hearing" which retrieves "Documents with the word "congressional" directly followed by the word "hearing" and "ways and means" which "retrieves


RECEIVED
AUG 1 6 2011
Clerk, U.S. Dist...
Bankrupt...


RECEIVED
Mail Room
AUG 1 6 2011
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Documents with the words "ways", "and", and "means" in the specified order, right next to each other".

4.) The "Advanced Search" function provides a list of databases such as "Budget of the United States Government" "Federal Register" and "Congressional Hearings" under the label "Available Collections". All the user has to do is click on "Federal Register" and it will appear in the box on the right entitled "Selected Publications".

5.) Below that it will say "Search in Full-Text of Publications and Metadata" and then there is a box after "for" where the Court is respectfully requested to type in "civil bench warrant" with the phrase in quotations. That will produce a page entitled "search results" showing that for collection:FR and content "civil bench warrant" there are no search results. A copy of this page is attached as Exhibit R.

6.) The program accepts Boolean operators. If you search the "Federal Register" for "civil contempt of court commitment" there are absolutely no results. See Exhibit S.

7.) If you search the "Federal Register" for "civil contempt commitment" you will get only three results. A copy of the result is attached as Exhibit T. These are

1. 68 FR 46138 - Civil Contempt of Court Commitments: Revision to Accommodate Commitments Under the DC Code [PDF 36 KB]
   Federal Register. Proposed Rules. Proposed rule. RIN 1120-AB13. Tuesday, August 5, 2003.
   ...or DC Code exists when a civil contempt commitment is ordered? 522.13 What happens if a civil contempt commitment order is in effect when...that the reason for the civil contempt commitment has ended or that the... More Information
2. 70 FR 67091 - Civil Contempt of Court Commitments: Revision To Accommodate Commitments Under the D.C. Code [PDF 50 KB]
   Federal Register. Rules and Regulations. Final rule. RIN 1120-AB13. Friday, November 4, 2005.
   ...or D.C. Code and new civil contempt commitment orders. 522.13 Relationship between existing civil contempt commitment orders and new criminal...that the reason for the civil contempt commitment has ended or that the... More Information
3. 65 FR 34362 - Civil Contempt of Court Commitments [PDF 123 KB]

2

. Federal Register. Rules and Regulations. Final rule. RIN 1120-AA87. Friday, May 26, 2000.
...sentence, is the subject of a civil contempt commitment order. In such circumstances...become the subject of a civil contempt commitment order. Pursuant to federal...differences in cases where a civil contempt commitment order is in effect and... More Information

8.) The first two of the three citations listed in the Federal Register for "civil contempt commitments" refer in their title to "Under the DC Code" so that is clearly irrelevant to the Sieverdings who are not and have never been DC residents.

9.) The remaining citation for "civil contempt commitment" is 65 FR 34362.

10.) The FDsys website lets the Honorable Judge "click on" "65 FR 34362" and produces the attached two pages.

11.) None of the exhibits found are at all relevant to litigation.

12.) This can be confirmed by searching the FDsys system again in Collection:FR (for federal register) for "civil contempt commitment" AND "litigant". See Exhibit Q.

13.) Alternately, the Court or DOJ can simply contact the Government Printing Office by calling them at 202 512 1800 or asking for help from Congressional Relations at 202 512 1991 and ask them to locate any and all authorization or publication in the Federal Register allowing arrest or imprisonment for noncriminal contumacious litigation.

14.) DOJ counsel David Rybicki is probably fairly computer literate even though he is an attorney as evidenced by the fact that he graduated from college and is under 30. He can probably use the search functions provided by the Government Printing Office and verify these searches of the Federal Register himself.

3

15.) DOJ has thousands of computer system professionals on staff and any and all of them are perfectly competent to search the Federal Register on-line.

16.) The results of these computer searches are totally consistent with the previously supplied letter dated April 14, 2011 regarding FOIPA request 2011USMS17351 from the USMS office that it had no record of authority for arrest or detention of litigants for noncriminal contumacious litigation. See Exhibit A of "Motion for decision as to whether the 09-0562 and 11-090 are cases related to 11-cv-01032" Case 1:11-cv-01032-RBW Document 6 Filed 06/17/11 Page 10 of 60

17.) Although Mr. David Rybicki disagrees with the statement from the USMS FOIPA office that they have no record of authority for arrest or detention of litigants for noncriminal contumacious litigation, he has not disputed that the record filed as Exhibit A is actually a letter from the USMS FOIPA office.

18.) Furthermore, according to FOIPA Chief of Staff Carmen L. Mallon the DOJ Offices of Intergovernmental and Public Liaison, the Office of Legislative Affairs, the Office of the Attorney General, and the Office of Associate Attorney General also have no records pertaining to the incarcerations of vexatious or pro se litigants without criminal charges. Their letters were previously docketed in this Court and DOJ has not disputed that they are accurate photocopies of letters actually sent to plaintiffs. See **Case 1:11-cv-01032-RBW Document 6 Filed 06/17/11 Page 59 of 60, Case 1:11-cv-01032-RBW Document 6 Filed 06/17/11 Page 60 of 60.**

19.) Furthermore, Jim Kovakas, the Attorney in Charge of the FOI/PA unit for the DOJ Civil Division emailed to the plaintiffs that they have no category of records related to "civil imprisonment" See

4

Case 1:11-cv-01032-JDB Document 14-1 Filed 07/06/11 Page 13 of 13

DOJ has not disputed that this is an accurate printout of an email that was really sent from DOJ.

20.) 5 USC § 552. Public information; agency rules, opinions, orders, records, and proceedings is part of the Administrative Procedure Act and includes:

> (a) Each agency shall make available to the public information as follows:
> (1) Each agency shall separately state and currently publish in the Federal Register for the guidance of the public—
> (A) descriptions of its central and field organization and the established places at which, the employees (and in the case of a uniformed service, the members) from whom, and the methods whereby, the public may obtain information, make submittals or requests, or obtain decisions;
> (B) statements of the general course and method by which its functions are channeled and determined, including the nature and requirements of all formal and informal procedures available;
> (C) rules of procedure, descriptions of forms available or the places at which forms may be obtained, and instructions as to the scope and contents of all papers, reports, or examinations;
> (D) substantive rules of general applicability adopted as authorized by law, and statements of general policy or interpretations of general applicability formulated and adopted by the agency; and
> (E) each amendment, revision, or repeal of the foregoing.
>
> Except to the extent that a person has actual and timely notice of the terms thereof, a person may not in any manner be required to resort to, or be adversely affected by, a matter required to be published in the Federal Register and not so published. For the purpose of this paragraph, matter reasonably available to the class of persons affected thereby is deemed published in the Federal Register when incorporated by reference therein with the approval of the Director of the Federal Register. http://www.law.cornell.edu/uscode/5/usc_sec_05_00000552----000-.html 5 USC § 552. Public information; agency rules, opinions, orders, records, and proceedings

21.) All U.S. prisoners are held under the authority of the Attorney General. The Courts do not have separate jails for people held in civil contempt of court. See

"(b) (1) The control and management of Federal penal and correctional institutions,

5

except military or naval institutions, shall be vested in the Attorney General, who shall promulgate rules for the government thereof", 18 U.S.C. section 4001

22.) 18 U.S.C. section 4001 can also be verified at the FDsys Government Printing Office Web site. Alternately the House of Representatives has a website with a U.S. code search.

23.) The plain language of Rules of Evidence Rule 201(d) uses the word "mandatory" and does not allow the Court to opt out.

DOJ allowed the facts supporting the motion to be admitted. Thus, ¶ 20, the quotation from the Administrative Procedure Act is admitted and it states that for a procedure to be legal if it involves the executive branch, i.e. DOJ and the USMS component of DOJ, then the procedure must be published in the Federal Register, which means that there is a record of the procedure in FDsys.

DOJ has conceded that the Federal Register includes no use of the phrase "civil bench warrant", no use of the phrase "civil contempt of court commitment" and no uses of the phrase "civil contempt commitment" that are relevant to litigation.

The results of this motion will be incorporated into another pleading so, in order to conserve judicial resources, the plaintiffs the use of the judicial finding in a different document.

DOJ should not have labeled their document as an objection, since it states no reason that is relevant to what is or is not in the Federal Register.

Respectfully,

David Sieverding 8/15/2011     Kay Sieverding 8/15/2011
641 Basswood Ave Verona, WI 53593 608 848 5721

6

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Sieverding and Kay Sieverding  )
                                      )        11-cv-01032-JDB
v.                                    )
United States Department of Justice   )

**CERTIFICATE OF SERVICE OF PLAINTIFFS' REPLY TO DEFENDANT'S**

**OPPOSITION TO PLAINTIFFS' "MOTION FOR MANDATORY JUDICIAL**

**NOTICE OF ADJUDICATIVE FACT UNDER RULE 201(D)" (DOCUMENT 21)**


I printed this document out and mailed it by first class mail on 08/15/2011 to

David C. Rybicki
U.S. Attorney's Office
555 4th St N.W.
Washington DC 20530

*Kay Sieverding*

Kay Sieverding 8/15/2011

641 Basswood Ave Verona, WI 53593 608 848 5721

7