UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID SIEVERDING, et al.,**<br><br>         **Plaintiffs,**<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>         **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:11-cv-01032-JDB<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S OPPOSITION TO PLAINTIFFS' "MOTION FOR MORE DEFINITE STATEMENT OF ISSUES IN DOJ FILINGS NUMBER 16, 21, 22, AND 23"

The United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, respectfully opposes the motion of David and Kay Sieverding ("Plaintiffs") "for more definite statement of issues in DOJ filings number 16, 21, 22, and 23 ("Motion"):

What Plaintiffs style as a motion for a more definite statement is in fact a series of 15 interrogatories that purportedly relate to "positions in DOJ's pleadings [sic]." The Court has not ordered discovery in this action, and the DOJ accordingly is not obligated to provide answers to Plaintiff irrelevant and bizarre inquires. See, e.g., Pl.s' Motion at 2 ("Is DOJ asserting that there cannot be liability for conspiracy with a judge?").

Insofar as Plaintiffs actually seek a more definite statement about various DOJ filings – specifically, Document Nos. 16 (DOJ's Motion to Dismiss in Part); 21 (DOJ's Opposition Memorandum to Plaintiffs' Motion for Mandatory Judicial Notice); 22 (DOJ's Opposition Memorandum to Plaintiffs' Motion for a List); and 23 (DOJ's Notice of Filing of Bordley Declaration) – their Motion should be denied. The DOJ's filings are succinct, unambiguous, and require no clarification.

Dated: August 18, 2011

        Respectfully submitted,

        RONALD C. MACHEN JR., D.C. Bar #447889
        United States Attorney
        for the District of Columbia

        RUDOLPH CONTRERAS, D.C. Bar #434122
        Chief, Civil Division

BY:   /s/  David C. Rybicki
        DAVID C. RYBICKI, D.C. Bar #976836
        Assistant United States Attorney
        555 4th St. N.W.
        Washington, DC 20530
        (202) 353-4024 (ph.)
        (202) 514-8780 (fax)